UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>DANIEL CHU and<br>DAVID GOODGAME,<br><br>Defendants. | **UNSEALING ORDER**<br><br>25 Cr. 579 (\_\_\_) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Justin V. Rodriguez;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and;

It is further found that the requesting AUSA has reviewed Judge Garnett's Individual Rules for matters involving the U.S. Attorney's Office, and the relevant records, and has advised that Judge Garnett is not recused from this matter. and it is therefore:

ORDERED that the Indictment in the above-captioned action be automatically unsealed upon the earlier of: (1) notification by the Government to the Clerk of Court of the arrest of both defendants or (2) 8:00 a.m. on December 17, 2025, and that a United States District Judge be assigned to the case from Wheel C at 8:00 a.m. on December 17, 2025 or as soon thereafter as practicable.

Dated:   December 16, 2025
         New York, New York

_____
HONORABLE GARY STEIN
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK