UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **SCHEDULING ORDER** |
| v. | 25 Cr. 579 (PKC) |
| DANIEL CHU and DAVID GOODGAME, | |
| Defendants. | |

On the consent of the parties, the Court hereby sets the following schedule and deadlines:

- May 20, 2026: The defendants' pretrial motions are due.

- June 26, 2026: The Government's response to the defendants' pretrial motions is due.

- July 17, 2026: The defendants' replies, if any, to the Government's response to their pretrial motions are due.

- July 24, 2026: The Government's Rule 16 expert disclosures are due.

- August 7, 2026: If a defendant intends to pursue at trial an advice-of-counsel defense or a good faith defense based on the involvement of attorneys, the defendant must disclose to the Government by this date (i) which attorneys, if any, the defendant purportedly relied on, (ii) the persons or entities the defendant asserts controls any applicable privilege (e.g., Tricolor, the defendant personally, or a third party), (iii)  the timing and substance of the alleged advice upon which the defendant relied, (iv) all documents (including attorney-client and attorney work product documents) currently in the defendant's possession, custody, or control that support or might impeach or undermine any such defense.

- August 14, 2026: The defendants' Rule 16 expert disclosures and any responses to the Government's Rule 16 expert disclosures (including any *Daubert* motions) are due.

- August 21, 2026: The Government's Rule 404(b) disclosures, motions *in limine*, requests to charge, and proposed voir dire are due.

- September 4, 2026: The Government's response to the defendants' Rule 16 expert disclosures (including any *Daubert* motions) and response to the defendants' *Daubert* motions are due.

- September 15, 2026: The defendants' motions *in limine* and responses to the Government's motions *in limine*, requests to charge and responses to the Government's requests to charge, and proposed voir dire and responses to the Government's proposed voir dire are due.

- September 18, 2026: The Government will disclose to the defendants by this date an initial trial exhibit list, a preliminary witness list, and Jencks' Act material. These lists and disclosures are subject to good faith revision and supplementation.

- September 25, 2026: The defendants' responses to the Government's *Daubert* motions are due.

- September 30, 2026: The Government's response to the defendants' motions *in limine*, response to the defendants' requests to charge, and response to the defendant's proposed voir dire are due.

- October 12, 2026: The defendants will disclose to the Government by this date an initial trial exhibit list (including any non-impeachment exhibits to be offered during cross-examination of Government witnesses), a preliminary witness list, and Federal Rule of Criminal Procedure 26.2 material. These lists and disclosures are subject to good faith revision and supplementation.

- The final pretrial conference is scheduled for October 13, 2026, at 11:00 a.m.

- Trial is scheduled for October 19, 2026, at 10:00 a.m.

DATED: April  21  , 2026

SO ORDERED:

_____
HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK

2