

MATTHEW L. SCHWARTZ
Tel.:  (212) 303-3646
E-mail:  mlschwartz@bsfllp.com

May 11, 2026

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

      **Re:**    ***United States v. Chu & Goodgame***,
            **Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

      We represent Daniel Chu.  We write to respectfully request the Court's permission for Mr. Chu to travel to the District of Colorado from May 16-19 to visit family.  Neither Pretrial Services nor the government has any objection to the proposed trip, and both are aware of where Mr. Chu will be staying.  We are not putting those details on the public docket, but can of course provide them, or any other information, to the Court upon request.

      Thank you for your consideration of this request.

                    Respectfully,

                     /s/ Matthew L. Schwartz
                    Matthew L. Schwartz