

SIDLEY AUSTIN LLP
787 7TH AVENUE
NEW YORK, NY 10019
+1 312 853-7000
+1 312 853 7036 FAX

September 5, 2025

Mr. Daniel Chu
Tricolor Holdings LLC
6021 Connection Drive, 4th Floor
Irving, Texas 75039

Email: dchu@tricolor.com
Phone: (424) 290-2200

Re:    Demand for Immediate Repayment

Dear Mr. Chu,

We are writing as counsel to Tricolor Holdings, LLC and its subsidiaries (the "Company"), because we have been directed, by a unanimous vote of the Board of Directors of the Company, to demand immediate repayment of all bonuses (estimated at $15mm) you received within the last twelve months. As you are aware, the Company is suffering a severe liquidity crisis and is unable to pay accrued wages and trust fund tax obligations. We request you acknowledge receipt of this letter as soon as you receive it and make arrangements to wire the funds immediately, but in no event later than the morning of September 8, 2025.

Regards,

*Thomas R. Califano*

Thomas R. Califano

cc:    Board of Directors

Sidley Austin LLP is a limited liability partnership practicing in affiliation with other Sidley Austin partnerships.