Case 1:25-cr-00579-PKC    Document 44-14    Filed 05/20/26    Page 1 of 1

# EXHIBIT 14

## FILED UNDER SEAL