# EXHIBIT 20

FILED UNDER SEAL

Audio Recording