**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

v.

DANIEL CHU and DAVID GOODGAME,

Defendants.

Case No. 25 Cr. 579 (PKC)

---

**NOTICE OF DEFENDANT DAVID GOODGAME'S INITIAL PRETRIAL MOTIONS**

PLEASE TAKE NOTICE THAT, upon the accompanying Memorandum of Law, as well as the Declaration of Arnold Spencer, the exhibits thereto, and the pleadings and other filings in this case, defendant David Goodgame respectfully moves this Court before the Honorable P. Kevin Castel, at the United States District Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York 10007, at such date and time as the Court sets, for an order: (i) for a bill of particulars on Counts Two through Four of the Indictment; (ii) suppressing evidence or, for a Franks hearing relating to search warrants issued for Mr. Goodgame's residence (the "Search Warrants") and electronic accounts; and (iii) to unseal and disclose grand jury records to the parties or, alternatively, for in camera review.

1

PLEASE TAKE FURTHER NOTICE THAT, pursuant to the deadlines set by the Court by Order dated April 21, 2026 [ECF No. 35], the government's opposition papers are due on June 26, 2026, and reply papers are due on July 17, 2026

Dated: May 20, 2026

Respectfully submitted,

/a/ Arnold A. Spencer
**SPENCER AND ASSOCIATES**
Arnold A. Spencer (admitted *pro hac vice*)
State Bar No. 00791709
arnold@aspencerlaw.com
Thomas Dan Cushing
State Bar No. 24056915 (pro hac pending)
dan@aspencerlaw.com
5956 Sherry Ln., Suite 2000
Dallas, Texas 75225
Telephone: (214) 358-8500

*Counsel for David Goodgame*

2

**<u>CERTIFICATE OF SERVICE</u>**

I certify that on May 20, 2026, a true and correct copy of the foregoing was filed through the Court's CM/ECF system, which will serve counsel of record.

                    _/s/ Arnold Spencer_____
                    Arnold Spencer

**<u>CERTIFICATE OF GOOD FAITH PURSUANT TO L. CRIM. R. 16.1</u>**

I hereby certify that on May 15, 2026, I conferred with counsel for the government in an effort in good faith to resolve by agreement the issues raised by this motion without the intervention of the Court and have been unable to reach agreement.

                    /s/ *Arnold A. Spencer*_____
                    Arnold A. Spencer

3