UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| UNITED STATES OF AMERICA,<br><br>-v-<br><br>DANIEL CHU and DAVID GOODGAME,<br><br>Defendants. | 25-cr-579 (PKC)<br><br>ORDER |

CASTEL, U.S.D.J:

Conference is scheduled for June 17, 2026 at 2:00 p.m. in Courtroom 11D.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
June 11, 2026