

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

June 11, 2026   *Application granted.*

*SO ORDERED.*

*USDJ*
*6-11-26*

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

    Re:   ***United States v. Daniel Chu & David Goodgame*, 25 Cr. 579 (PKC)**

Dear Judge Castel:

    The Government writes to respectfully request permission to submit, by June 16, 2026, a response to defendant Daniel Chu's motion for leave to file documents under seal and for *ex parte in camera* review (ECF Doc. No. 58) and a reply to Chu's opposition to the Government's privilege motion (ECF Doc. No. 59). The Government asked Chu's five counsel of record for their position on this request on June 9, 2026, and June 10, 2026, and received no response.[1]

    The Government requests this schedule so that it can consult with both Chu and Tricolor's Chapter 7 bankruptcy trustee to understand the basis for Chu's submission of documents *ex parte* for *in camera* review, including whether Chu is asserting personal privilege over the documents and/or whether Tricolor's Chapter 7 bankruptcy trustee is asserting a corporate privilege over the documents.

                        Respectfully submitted,

                        JAY CLAYTON
                        United States Attorney

        By:                
                        Micah F. Fergenson
                        Justin V. Rodriguez
                        Assistant United States Attorneys
cc: Counsel of Record (by ECF)      (212) 637-2190/-2591

---

[1] The Government previously consented to Chu's request to file his opposition to the Government's privilege motion on his preferred date, which the Court granted. (ECF Doc. Nos. 54, 55).