UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                      25 cr 579 (PKC)

        -against-

                                       ORDER

DANIEL CHU,

                  Defendant.
------------------------------------------------------------x

CASTEL, Senior District Judge

        1.     Counsel for defendant Chu shall submit to Chambers hard copies of all exhibits to the Kelly Declaration filed under seal by June 21, 2026;

        2.     Hard copies of all documents filed under seal by either side shall be submitted to Chambers within 48 hours of their filing under seal; and

        3.     The Court has reviewed Chu's motions (ECF 42, 44. 46 & 50) and the government's letter of June 3 (ECF 56) insofar as Chu seeks to postpone the trial scheduled for October 19, 2026.  For reasons that will be explained at the next conference, the Court does not anticipate moving the trial date on the basis of the arguments presented.

        SO ORDERED.

                                      _____
                                         P. Kevin Castel
                                     United States District Judge

Dated: New York, New York
       June 17, 2026