UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-                                                      25-cr-579 (PKC)

DANIEL CHU, et al.,                                      ORDER

Defendants.

CASTEL, U.S.D.J:

There will be a conference on June 30, 2026 at 3:00 p.m. regarding the production of materials from electronic devices and iCloud accounts of Tricolor that were utilized by Mr. Chu or were seized from Mr. Chu pursuant to warrant.  Counsel for Mr. Goodgame need not attend.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
        June 19, 2026