UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                    25-cr-579 (PKC)

            -against-

                                                    ORDER

DANIEL CHU,

                        Defendant.
------------------------------------------------------------x

CASTEL, Senior District Judge

        Based upon the representations made at the June 30, 2026 conference, the Court is

of the view that the status of discovery by the government is more than adequate to permit a fair

trial to proceed as scheduled on October 19, 2026 at 10 a.m.

        Nevertheless, the Court will adjourn the trial to January 25, 2027 at 10 a.m. with

a Final Pre-Trial Conference on December 9, 2026 at 2 p.m. on the condition that the parties

submit to the Court by July 20, 2026 a revised and satisfactory schedule for filing no less than 14

days before the Final Pre-Trial Conference: all Final Pre-Trial Submissions (voir dire requests,

requests for jury instructions, and all objections to same) and all fully submitted motions in

limine; it shall also appropriately adjust the schedule for production of initial exhibit lists,

preliminary witness lists, Rule 26.2 material, and 3500 material.

        SO ORDERED.

                                        _____
                                                P. Kevin Castel
                                        United States District Judge

Dated: New York, New York
       July 7, 2026