

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

July 7, 2026

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

      **Re:**    ***United States v. Chu & Goodgame***,
              **Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

We represent Daniel Chu.  We write, as directed by the Court at the June 30 status conference, to clarify "what, if anything" Mr. Chu is relying on with regard to David Goodgame's pretrial motions.

Having re-reviewed those motions [ECF Nos. 45, 47-49], Mr. Chu confirms that any arguments presented in Goodgame's motions that Mr. Chu might have joined were also adequately presented in Mr. Chu's own motions.  In other words—with respect to motions directed to the original indictment, the search warrants, and discovery produced prior to February 19, 2026—the Court can concentrate on the motions filed by Mr. Chu alone.  [ECF Nos. 42, 44, 46].  Mr. Chu will of course prepare and file his motions directed to the S1 Indictment, and to the government's execution of the search warrants and discovery produced on or after February 19, on the schedules set by the Court.

Thank you for your consideration.

           Respectfully,

           /s/ *Matthew L. Schwartz*