UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

DANIEL CHU,

Defendant.

**REVISED SCHEDULING ORDER**

S1 25 Cr. 579 (PKC)

On the consent of the parties, the Court hereby revises its April 21, 2026 order (ECF Doc. 35) and sets the following schedule and deadlines:

- September 17, 2026: The Government's Rule 16 expert disclosures are due.

- October 1, 2026: If the defendant intends to pursue at trial an advice-of-counsel defense or a good faith defense based on the involvement of attorneys, the defendant must disclose to the Government by this date (i) which attorneys, if any, the defendant purportedly relied on, (ii) the persons or entities the defendant asserts controls any applicable privilege (e.g., Tricolor, the defendant personally, or a third party), (iii) the timing and substance of the alleged advice upon which the defendant relied, (iv) all documents (including attorney-client and attorney work product documents) currently in the defendant's possession, custody, or control that support or might impeach or undermine any such defense.

- October 8, 2026: The defendant's Rule 16 expert disclosures and any responses to the Government's Rule 16 expert disclosures (including any *Daubert* motions) are due.

- October 15, 2026: The Government's Rule 404(b) disclosures, motions *in limine*, requests to charge, and proposed voir dire are due.

- October 29, 2026: The Government's response to the defendant's Rule 16 expert disclosures (including any *Daubert* motions) and response to the defendant's *Daubert* motions.

- November 9, 2026: The defendant's motions *in limine* and responses to the Government's motions *in limine*, requests to charge and responses to the Government's requests to charge, and proposed voir dire and responses to the Government's proposed voir dire are due.

- November 19, 2026: The defendant's responses to the Government's *Daubert* motions are due.

- November 24, 2026: The Government's response to the defendant's motions *in limine*, response to the defendant's requests to charge, and response to the defendant's proposed voir dire are due.

- The final pretrial conference is scheduled for December 9, 2026, at 2:00 p.m.

- December 16, 2026: The Government will disclose to the defendant by this date an initial trial exhibit list, a preliminary witness list, and Jencks' Act material. These lists and disclosures are subject to good faith revision and supplementation.

- January 18, 2026: The defendant will disclose to the Government by this date an initial trial exhibit list (including any exhibits to be offered during cross-examination of Government witnesses), a preliminary witness list, and Federal Rule of Criminal Procedure 26.2 material. These lists and disclosures are subject to good faith revision and supplementation.

- Trial is scheduled for January 25, 2027, at 10:00 a.m.

DATED: July _14_, 2026

SO ORDERED:

P. Kevin Castel

HONORABLE P. KEVIN CASTEL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK