BSF | BOIES SCHILLER FLEXNER

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

July 14, 2026

**VIA ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Courtroom 11D
New York, New York 10007

Application granted. SO ORDERED. [signature] USDJ 7-16-26

**Re:** ***United States v. Chu & Goodgame*, Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

We represent Daniel Chu and write, with the consent of the government, to respectfully request a modification of Mr. Chu's bond so that the bail conditions do not interfere with ongoing efforts to sell his residence in Florida, while at the same time maintaining the same security. (His residences in Texas and California have already been sold under the supervision and by order of the Bankruptcy Court.)

The parties respectfully request that the following paragraph of his existing bond [ECF No. 15 at 2 (Addendum) ¶ 4] be removed:

> From the date of the signing of this bond until June 30, 2026, Defendant may not sell, pledge, mortgage, or otherwise encumber his Florida residence-9001 Collins Avenue, 9001 Collins Ave #S-201, Surfside, FL 33154 (the "Property") without either agreement with the Government or approval of the Court, including agreement or approval of the disposition of any sale proceeds. If the defendant has not sold the Property by July 1, 2026, which date is subject to extension by either agreement with the Government or by order of the Court, this bond will convert to a secured bond and the defendant must take all necessary steps to secure this bond by the Property, including completing and filing all necessary documents to perfect the security interest, by July 15, 2026.

And replaced with the following condition instead:

> Defendant may not sell, pledge, mortgage, or otherwise encumber his Florida residence-9001 Collins Avenue, 9001 Collins Ave #S-201, Surfside, FL 33154 (the "Property") without either agreement with the Government or approval of the Court, including agreement or approval of the disposition of any sale proceeds. Furthermore, within five days of any sale of the Property, the defendant must either (i) deposit $5,000,000 with the Clerk of the Court to secure this bond, or (ii) secure

BSF

the bond with an equivalent security interest in a new primary residence purchased with the proceeds of the sale of the Property.

In all other respects, the bond conditions would remain as is.

Thank you for your consideration of this request.

Respectfully,

/s/ *Matthew L. Schwartz*

BOIES SCHILLER FLEXNER LLP

Matthew L. Schwartz
Craig A. Wenner
Jacqueline C. Kelly
55 Hudson Yards
New York, New York 10001
Telephone: (212) 303-3646
E-mail: mlschwartz@bsfllp.com
cwenner@bsfllp.com
jkelly@bsfllp.com

Marshall Dore Louis
100 Southeast 2nd Street, Suite 2800
Miami, Florida 33131
Telephone: (305) 357-8438
Email: mlouis@bsfllp.com

WEIL, GOTSHAL & MANGES LLP

Adam Fee
1999 Avenue of the Stars, Suite 1800
Los Angeles, CA 90067
Telephone: (213) 667-5100
E-mail: Adam.Fee@weil.com

*Attorneys for Daniel Chu*