UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

25-cr-579 (PKC)

-against-

ORDER

DANIEL CHU,

Defendant.
-----------------------------------------------------------x

CASTEL, Senior District Judge

The Court has reviewed the second set of motions of defendant Chu for an understanding of their nature and scope and relationship to the first round of motions. The Court anticipates that it will be more efficient to rule on both sets in a written order after the second set is fully briefed.

For that reason and because the Court has granted an adjournment of the trial, the Court anticipates holding the July 29, 2026 conference as scheduled to discuss remaining document production issues, including the government's responsiveness review. The Court no longer anticipates the need for the August 6 conference, which can be moved to a convenient date in September. The parties should confer and express their views on the foregoing by July 23.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
July 20, 2026