BSF | BOIES SCHILLER FLEXNER

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

July 17, 2026

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Provisional sealing is granted.
SO ORDERED
P. K. Castel, USDJ
7-21-26

**Re:** ***United States v. Chu*,**
**Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

We represent defendant Daniel Chu and write pursuant to Rule 6.1 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York and the Protective Order in this case [ECF No. 22] to request that the Court accept for provisional filing under seal the unredacted version of Mr. Chu's omnibus reply memorandum of law in further support of his initial pretrial motions.

The memorandum contains certain information designated "Disclosure Material" and "Sealed Material" by the Protective Order. *See* ECF No. 22 ¶¶ 1–4. As such, Mr. Chu requests that the Court maintain the unredacted memorandum under seal. To be clear, Mr. Chu takes no position on the sealing of these papers.

Thank you for your consideration of this request.

Respectfully submitted,

/s/ *Matthew L. Schwartz*
Matthew L. Schwartz