BSF | BOIES SCHILLER FLEXNER

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

July 24, 2026

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Application provisionally granted SO ORDERED
USDJ 7-28-26

**Re:** ***United States v. Chu,***
**Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

We represent defendant Daniel Chu and write pursuant to Rule 6.1 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York and the Protective Order in this case [ECF No. 22] to request that the Court accept for provisional filing under seal Mr. Chu's memorandum of law in support of his motion to suppress evidence derived from his seized electronic devices and iCloud accounts, the Declaration of Matthew L. Schwartz in support of the motion, and certain exhibits appended thereto.

Mr. Chu requests that the Court maintain portions of the unredacted memorandum and declaration and the entirety of exhibits N through II under seal. These materials contain evidence or descriptions of evidence that Mr. Chu is moving to suppress because they were improperly seized in violation of the operative warrants. Certain of these exhibits include privileged communications, which should remain under seal, and Mr. Chu does not waive privilege by filing the material under seal. In addition, as described further in the memorandum and declaration, many of these materials are not only entirely irrelevant to this case, but also contain highly sensitive information, including personally identifying information and personal health information of Mr. Chu and numerous non-parties. *See Matter of New York Times Co.*, 828 F.2d 110, 116 (2d Cir. 1987) ("Certainly, the privacy interests of innocent third parties as well as those of defendants that may be harmed by disclosure of the Title III material should weigh heavily in a court's balancing equation in determining what portions of motion papers in question should remain sealed or should be redacted."). Mr. Chu has carefully applied narrow redactions to the memorandum and declaration to cover only what is necessary to prevent disclosure of such information. Therefore, Mr. Chu respectfully requests that these materials remain sealed.

In addition, the memorandum, declaration and certain exhibits cited therein rely on certain information designated "Disclosure Material" and "Sealed Material" by the Protective Order. *See*

BSF

ECF No. 22 ¶¶ 1–4. Mr. Chu takes no position on the sealing of exhibits A through D or G, or of redactions to the memorandum and declaration related to these exhibits.

Thank you for your consideration of this request.

Respectfully Submitted,

*/s/ Matthew L. Schwartz*
Matthew L. Schwartz