**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

August 7, 2026

**BY ECF**
The Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: *United States v. Daniel Chu & David Goodgame*, 25 Cr. 579 (PKC)**

Dear Judge Castel:

The Government writes to respectfully request permission to provisionally file certain materials under seal which are subject to the Protective Order in this matter. *See* ECF No. 22. Specifically, the Government seeks to seal Exhibits A through K to the Declaration of Assistant United States Attorney Shiva H. Logarajah and Exhibits 1 through 4 to the Declaration of Special Agent Nicholas Kroll, which were filed in support of the Government's opposition to defendant Daniel Chu's motion to suppress. ECF Nos. 125, 126. The Exhibits to the Kroll Declaration are search warrants and a search warrant application which fall under the "Disclosure Material" category of the Protective Order. ECF No. 22 ¶ 1. Part of the reason why these materials were marked under the Disclosure Material category is that they would "affect the privacy, confidentiality, and business interests of individuals" and "risk prejudicial pretrial publicity if publicly disseminated." *Id.* The Exhibits to the Logarajah Declaration are materials from Chu's devices and accounts which fall under the "Sealed Material" category of the Protective Order. ECF No. 22 ¶ 9. Accordingly, the Government is initially filing the Exhibits to the Logarajah Declaration under seal in accordance with the terms of the Protective Order. ECF No. 22 ¶ 4.

Provisional sealing is GRANTED.
SO ORDERED.
Dated: 08/10/2026.

P. Kevin Castel
United States District Judge

Consistent with the Protective Order entered in this matter and the Court's prior rulings, *see* ECF No. 112 (granting defendant's application to file similar materials under seal), the Government requests that the Exhibits to the Logarajah and Kroll Declarations be maintained by the Court under seal.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

By: ______________________________
Micah F. Fergenson
Shiva H. Logarajah
Justin V. Rodriguez
Assistant United States Attorneys
(212) 637-2200

cc: Counsel of Record (by ECF)