Case 1:25-cr-00579-PKC Document 136 Filed 08/22/26 Page 1 of 1

BSF | BOIES SCHILLER FLEXNER

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

August 21, 2026

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Application for provisional sealing is granted
SO ORDERED
P. Kevin Castel USDJ
8-26-26

**Re:** ***United States v. Chu*,**
**Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

We represent defendant Daniel Chu and write pursuant to Rule 6.1 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York and the Protective Order in this case [ECF No. 22] to request that the Court accept for provisional filing under seal Mr. Chu's omnibus memorandum of law in opposition to the motions to quash filed by the government and, separately, the Chapter 7 Trustee for Tricolor Holdings LLC, the Declaration of Matthew L. Schwartz in support of Mr. Chu's opposition, and certain exhibits appended thereto.

The memorandum, declaration and exhibits cited therein contain certain information designated "Disclosure Material" and "Sealed Material" by the Protective Order. *See* ECF No. 22 ¶¶ 1–4. As such, Mr. Chu requests that the Court maintain the unredacted memorandum, unredacted declaration and certain exhibits under seal. To be clear, Mr. Chu takes no position on the sealing of these papers.

Thank you for your consideration of this request.

Respectfully Submitted,

/s/ *Matthew L. Schwartz*
Matthew L. Schwartz