Case 1:25-cr-00579-PKC Document 138 Filed 08/22/26 Page 1 of 1

BSF | BOIES SCHILLER FLEXNER

MATTHEW L. SCHWARTZ
Tel.: (212) 303-3646
E-mail: mlschwartz@bsfllp.com

August 21, 2026

**BY ECF**

Honorable P. Kevin Castel
United States District Judge
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

A pplication for provisional sealing is GRANTED. SO ORDERED. [signature] USDJ 8-26-26

**Re:** ***United States v. Chu*,**
**Case No. 25 Cr. 579 (PKC)**

Dear Judge Castel:

We represent defendant Daniel Chu and write pursuant to Rule 6.1 of the Electronic Case Filing Rules & Instructions of the United States District Court for the Southern District of New York and the Protective Order in this case [ECF No. 22] to request that the Court accept for provisional filing *ex parte* and under seal Mr. Chu's letter regarding the 20 documents the government selected as exemplars in connection with its letter motion of May 18, 2026 and certain exhibits appended to the Declaration of Matthew L. Schwartz in support of Mr. Chu's letter, including the exemplars.

These materials are privileged and unavailable to the government's case team as a result. Mr. Chu therefore requests that the Court maintain these materials under seal.

In addition, the memorandum and certain exhibits rely on certain information designated "Disclosure Material" and "Sealed Material" by the Protective Order. *See* ECF No. 22 ¶¶ 1–4. Mr. Chu takes no position on the sealing of these exhibits, or of redactions to the memorandum and declaration related to these exhibits.

Thank you for your consideration of this request.

Respectfully Submitted,

/s/ *Matthew L. Schwartz*
Matthew L. Schwartz