UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

UNITED STATES OF AMERICA,

25-cr-579 (PKC)

-against-

ORDER

DANIEL CHU,

Defendant.

-----------------------------------------------------------x

CASTEL, Senior District Judge

The Court will hear argument on Chu's Motion to Suppress on September 24, 2026 at 2:30 p.m. in Courtroom 11D.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: New York, New York
September 17, 2026